**152**

UNITED STATES, Appellee,

v.

Leon BRUNDIDGE, Private, U. S.
Army, Appellant.

UNITED STATES, Appellee,

v.

William A. MARSHALL, Private, U. S.
Army, Appellant.

UNITED STATES, Appellee,

v.

Julius L. OLIVER, Specialist Four, U. S.
Army, Appellant.

Nos. 30,310, 30,233 and 30,236.

U. S. Court of Military Appeals.

Aug. 22, 1975.

*Lieutenant Colonel James Kucera, Captain Robert D. Jones, Captain Jay Sacks Cohen, Captain Theodore H. Watts, Captain R. Stuart Broom, Captain Ronald Lewis Gallant,* and *Captain Ralph E. Sharpe* were on the pleadings for Appellant, Accused.

*Lieutenant Colonel Donald W. Hansen, Major Steven M. Werner, Captain John R. Erck,* and *Captain Nancy M. Giorno* were on the pleadings for Appellee, United States.

OPINION OF THE COURT

PER CURIAM:

In each of these cases, a pretrial agreement between the accused and the convening authority included a condition limiting the accused's presentation at trial of motions on matters "other than jurisdiction" before entry of a plea of guilty. We condemned such a limitation in *United States v. Holland,* 23 U.S.C.M.A. 442, 50 C.M.R. 461, 1 M.J. 58 (1975). Accordingly, as in *Holland,* we reverse the decision of the Court of Military Review and set aside the findings of guilty and the sentence in each case. The record of trial of each accused is returned to the Judge Advocate General of the Army for submission to the original or other competent convening authority. A rehearing in each instance may be ordered.